

```
              FILED
    CLERK, U.S. DISTRICT COURT

         AUG 27 2008

    CENTRAL DISTRICT OF CALIFORNIA
    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHAEL D. CLARK,<br><br>Petitioner,<br><br>v.<br><br>V.M. ALMAGER, et al.,<br><br>Respondents. | Case No. EDCV 08-29 AG(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Dismiss is denied to the extent it seeks dismissal of the Petition as time-barred; (2) the Motion to Dismiss is granted to the extent it seeks dismissal of the Attorney General as a respondent in this action; and (3) the remaining respondent shall file an Answer addressing the merits of the Petition within thirty (30) days of the entry of this Order.

///

///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the United States Magistrate Judge's Report and Recommendation on petitioner
3 and on counsel for respondent.
4     IT IS SO ORDERED.

6     DATED: August 27, 2008

                        HONORABLE ANDREW J. GUILFORD
                        UNITED STATES DISTRICT JUDGE