UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONSHAEL DOMINQUE CLARK,           )<br>                                                            )<br>          Petitioner,                            )<br>                                                            )<br>     v.                                                )<br>                                                            )<br> V.M. ALMAGER, Warden,                )<br>                                                            )<br>          Respondent.                        )<br> ─────────────────────── ) | No. EDCV 08-0029-DMG (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: <u>September 21, 2011</u>

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE