UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DONSHAEL DOMINQUE CLARK, | ) | |
| Petitioner, | ) | No. EDCV 08-0029-DMG (RCF) |
| v. | ) | JUDGMENT |
| V.M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: September 21, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE