O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 08-29-DMG(RCF) | Date | May 22, 2013 |
|---|---|---|---|
| Title | *Donshael Domanique Clark v. V.M. Almager, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS – ORDER RE PETITIONER'S *EX PARTE* REQUEST FOR COA MINUTES [Doc. # 63]**

On September 21, 2011, judgment was filed herein denying the petition for writ of habeas corpus with prejudice.  [Doc. # 43.]  This Court also denied a Certificate of Appealability ("COA").  [Doc. # 41.]  On October 31, 2011, Petitioner Clark filed a notice of appeal.  [Doc. # 44.]  On January 9, 2012, leave to proceed *in forma pauperis* on appeal was granted by this Court.  [Doc. # 58.]  On January 25, 2013, the Court of Appeals denied Petitioner/Appellant's request for a COA.  [Doc. # 60.]

This matter is now before this Court on Petitioner's *ex parte* request filed April 29, 2013, for "a copy of this Court's actual COA minutes consisting of two folders sent on January 23, 2013 to the Ninth Circuit Court . . . ."  [Doc. # 63.]  Petitioner attaches a copy of a Court of Appeals order contending that such order requires this Court to provide a copy of the record to Petitioner.  The Ninth Circuit order attached to Petitioner's request, however, denies Petitioner's request to the Court of Appeals for "court minutes on denial of certificate of appealability."

It is unclear to the Court what Petitioner means by his reference to "this Court's actual COA minutes."  This Court's Order denying a COA has already been provided to Petitioner.  As such, IT IS ORDERED that Petitioner's *ex parte* request for "actual COA minutes" is DENIED.  The documents contained in two folders that were sent by this Court's Clerk's Office on January 23, 2013 to the Court of Appeals [Doc. # 59] were later returned to this Court's Clerk's Office by the Court of Appeals on April 8, 2013 [Doc. # 61].  The two folders consist of documents lodged by Respondent on February 20, 2008 and October 3, 2008 [Doc. ## 16 and 25.], to wit:  copies of documents from the State Court record including the State Court of Appeal's affirmance of conviction and the several State Court petitions for habeas corpus and orders denying relief.  To the extent Petitioner is seeking production of the documents contained in these two folders, **Respondent V.M Almager is ORDERED to provide a copy of said documents to Petitioner within 10 days from the date of this Order**.